UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-598M |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JASON RAMON DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1: Possession of Cocaine With Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

    Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(i).

<u>Date of Detention Hearing</u>:   November, 14, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. It is appropriate to apply the presumption in this case.

    (2)    Defendant has a lengthy criminal history.

01  (3) Defendant has a background history of multiple failures to appear, attempts to
02 elude, obstruction, refusal to cooperate with law enforcement, and noncompliance with court
03 orders.

04  (4) Defendant has stipulated to detention with the right to contest his continued
05 detention if there is a change in circumstances.

06  (5) There appear to be no conditions or combination of conditions other than
07 detention that will reasonably address the risk of flight and danger to other persons or the
08 community.

09  IT IS THEREFORE ORDERED:

10  (1) Defendant shall be detained pending trial and committed to the custody of the
11      Attorney General for confinement in a correction facility separate, to the
12      extent practicable, from persons awaiting or serving sentences or being held in
13      custody pending appeal;

14  (2) Defendant shall be afforded reasonable opportunity for private consultation
15      with counsel;

16  (3) On order of a court of the United States or on request of an attorney for the
17      government, the person in charge of the corrections facility in which
18      defendant is confined shall deliver the defendant to a United States Marshal
19      for the purpose of an appearance in connection with a court proceeding; and

20  (4) The Clerk shall direct copies of this Order to counsel for the United States, to
21      counsel for the defendant, to the United States Marshal, and to the United
22      States Pretrial Services Officer.

23  DATED this 14th day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge